# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS BURKEYBILE, #79271 | )<br>)<br>) |
| Plaintiff, | ) 3:10-cv-0314-LRH-RAM<br>) |
| vs. | )<br>) **ORDER** |
| STATE OF NEVADA | )<br>) |
| Defendant. | ) |

On May 25, 2010, the court received a document from plaintiff entitled "Notice of Appeal" (Docket #1-1). In this document, plaintiff states "Now comes Douglas Burkeybile, and hereby notifies the court of his appeal of the decision of the Nevada Supreme Court, filed May 7, 2010, in which this Court denied the plaintiffs appeal of the Second Judicial District Court refusal to dismiss counsel even though plaintiff has funds to retain private counsel." Plaintiff is informed that no such appeal exists under the Federal Rules of Civil Procedure or any known federal statute.[1] Accordingly, the court, having found no jurisdiction, dismisses this action with prejudice.

///

///

///

---

[1] Although filed as a 42 U.S.C. § 1983 complaint, nothing in this document states a claim under that statute.

1  **IT IS THEREFORE ORDERED** that this action is DISMISSED WITH PREJUDICE.

2  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

4  DATED this 1st day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE