AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

DOUGLAS BURKEYBILE,

        Plaintiff,            JUDGMENT IN A CIVIL CASE
   V.

                           CASE NUMBER: **3:10-cv-00314-LRH-RAM**

STATE OF NEVADA, et al.,

        Defendants.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

   July 1, 2010                                          **LANCE S. WILSON**
                                                            Clerk

                                                           /s/ P. McDonald
                                                           Deputy Clerk